IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARTIN TUCKER ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| RELIANCE STANDARD LIFE ) | |
| INSURANCE COMPANY ) | Case No.: 07CV01574 (HHK) |
| ) | |
| and ) | |
| ) | |
| STANLEY ASSOCIATES, INC. LONG ) | |
| TERM DISABILITY PLAN ) | |
| ) | |
| Defendants. ) | |

**CONSENT MOTION FOR ENLARGEMENT OF TIME
TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Stanley Associates, Inc. Long Term Disability Plan ("The Plan") by undersigned counsel and pursuant to the Federal Rules of Civil Procedure and the Local Rules of this Court, hereby respectfully requests that the time for it to answer or otherwise respond to Plaintiff's Complaint be extended until December 19, 2007.

Plaintiff consents to this extension of time.

In further support of this consent Motion, Defendant states:

1.   Plaintiff filed his Complaint on September 4, 2007, and the Plan was served on October 29, 2007.  The Plan's response to Plaintiff's Complaint is presently due on Monday, November 19, 2007.

2.   Plaintiff's counsel has agreed to a 30 day extension of time for the Plan to respond to his Complaint, and has also agreed to such an extension for Defendant Reliance Standard to answer or otherwise respond.

DC1 30212373.1

3. The parties have agreed that early settlement discussions in this ERISA case may be beneficial and will likely soon commence such discussions.

4. Granting this extension will not affect the orderly and efficient administration of justice.

5. Accordingly, in the interests of efficiency and so that the Plan may be afforded sufficient time to investigate and properly respond to Plaintiff's allegations, undersigned counsel respectfully requests a thirty (30) day extension of the time to answer or otherwise respond to Plaintiff's Complaint, commencing from the date on which the Plan's response would have been due, and ending on December 19, 2007.

6. Plaintiff's counsel consents to the thirty (30) day extension of time until December 19, 2007.

WHEREFORE, for the foregoing reasons, Defendant the Plan respectfully requests that it be granted an extension of time until December 19, 2007, to submit their Answer or otherwise respond to Plaintiff's Complaint.

Respectfully submitted,

STANLEY ASSOCIATES, INC.
LONG TERM DISABILITY PLAN

/s/ Raymond C. Baldwin
Raymond C. Baldwin #461514

Attorneys for Defendant

SEYFARTH SHAW LLP
815 Connecticut Avenue, N.W.
Suite 500
Washington, D.C. 20006-4004
(202) 463-2400

Date: November 19, 2007

DC1 30212373.1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MARTIN TUCKER ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| RELIANCE STANDARD LIFE ) | |
| INSURANCE COMPANY ) | Case No.: 07CV01574 (HHK) |
| ) | |
| and ) | |
| ) | |
| ) | |
| STANLEY ASSOCIATES, INC. LONG ) | |
| TERM DISABILITY PLAN ) | |
| ) | |
| ) | |
| Defendants. ) | |
| _____) | |

## **ORDER**

Upon consideration of Defendant Stanley Associates, Inc. Long Term Disability Plan's Consent Motion for an Enlargement of Time to Answer or Otherwise Respond to Plaintiff's Complaint, it is this _____ day of _____, 2007,

ORDERED, that the Motion be and HEREBY is GRANTED, and that

The Stanley Associates, Inc. Long Term Disability Plan shall Answer or otherwise respond to Plaintiff's Complaint by December 16, 2007.

_____
U.S. District Court Judge

DATE: _____

DC1 30212373.1

## CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing Consent Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint was served electronically, and by first-class U.S. mail, postage prepaid, this 19th Day of November, 2007, upon:

>Scott Elkin, Esq.
>801 Roeder Road
>Suite 550
>Silver Spring, Maryland 20910
>
>Attorney for Plaintiff

      /s/ Raymond C. Baldwin
      Raymond Baldwin