UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARTIN TUCKER,                              *

    Plaintiff,                              *

v.                                          *       Civil Action No. 07-CV-1574 HHK

RELIANCE STANDARD                           *
LIFE INSURANCE COMPANY, *et al.*,
                                            *
    Defendants.
                                            *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

CERTIFICATE UNDER LCvR 7.1

I, the undersigned counsel of record for Reliance Standard Life Insurance Company, certify that, to the best of my knowledge and belief, the following are parent companies, subsidiaries, or affiliates of Reliance Standard Life Insurance Company, which have any outstanding securities in the hands of the public: Delphi Financial Group, Inc.

These representations are made in order that judges of this court may determine the need for recusal.

                              Respectfully submitted,

                              _____/s/_____
                              Michael P. Cunningham
                              D.C. Bar No. 471832

                              Funk & Bolton, P.A.
                              Twelfth Floor
                              36 South Charles Street
                              Baltimore, Maryland 21201-3111
                              410.659.7700 (telephone)
                              410.659.7773 (facsimile)

                              Attorneys for Reliance Standard
Dated: December 19, 2007            Life Insurance Company

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 19th day of December 2007, a copy of the foregoing Certificate Under LCvR 7.1 was electronically filed with the Court and served via the court's ECF system. In addition, a paper copy was sent by first-class mail, postage prepaid, to:

> Scott B. Elkind, Esquire
> Elkind & Shea
> 801 Roeder Road, Suite 550
> Silver Spring, Maryland  20910
>
> Attorney for Plaintiff

                           _____/s/_____
                           Michael P. Cunningham

12004.002: 110955