IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARTIN TUCKER | ) |
| Plaintiff, | ) |
| v. | ) |
| RELIANCE STANDARD LIFE INSURANCE COMPANY | ) Case No.: 07CV01574 (HHK) |
| and | ) |
| STANLEY ASSOCIATES, INC. LONG TERM DISABILITY PLAN | ) |
| Defendants. | ) |

## ANSWER TO PLAINTIFF'S COMPLAINT

Defendant Stanley Associates, Inc. Long Term Disability Plan ("Defendant" or "The Plan"), by undersigned counsel, hereby answers Plaintiff's Complaint.

1. The allegations contained in Paragraph 1 of the Complaint are conclusions of law or mixed conclusions of law and fact to which no answer is required. To the extent an answer is required, Defendant denies the allegations contained in Paragraph 1 of the Complaint.

2. The allegations contained in Paragraph 2 of the Complaint are conclusions of law or mixed conclusions of law and fact to which no answer is required. To the extent an answer is required, Defendant denies the allegations contained in Paragraph 2 of the Complaint.

3. The allegations contained in Paragraph 3 of the Complaint are conclusions of law or mixed conclusions of law and fact to which no answer is required. To the extent an answer is required, Defendant denies the allegations contained in Paragraph 3 of the Complaint.

4. The allegations contained in Paragraph 4 of the Complaint are conclusions of law or mixed conclusions of law and fact to which no answer is required. To the extent an answer is required, Defendant denies the allegations contained in Paragraph 4 of the Complaint.

### Parties

5. Defendant lacks sufficient information to form a belief as to the truth of, and therefore denies, the allegations contained in Paragraph 5 of the Complaint.

6. The allegations contained in Paragraph 6 of the Complaint are conclusions of law or mixed conclusions of law and fact to which no answer is required. To the extent an answer is required, Defendant denies the allegations contained in Paragraph 6 of the Complaint as stated.

7. Defendant admits the allegations contained in Paragraph 7 of the Complaint.

### The Disability Contract

8. Defendant lacks sufficient information to form a belief as to the truth of, and therefore denies, the allegations contained in Paragraph 8 of the Complaint.

9. The allegations contained in Paragraph 9 of the Complaint are conclusions of law or mixed conclusions of law and fact to which no answer is required. To the extent an answer is required, Defendant denies the allegations contained in Paragraph 9 of the Complaint.

10. The allegations contained in Paragraph 10 of the Complaint are conclusions of law or mixed conclusions of law and fact to which no answer is required. To the extent an answer is required, Defendant denies the allegations contained in Paragraph 10 of the Complaint and states that the Plan documents speak for themselves.

### Plaintiff's Disability Claim

11. Defendant lacks sufficient information to form a belief as to the truth of, and therefore denies, the allegations contained in Paragraph 11 of the Complaint.

12. The allegations contained in Paragraph 12 of the Complaint are conclusions of law or mixed conclusions of law and fact to which no answer is required. To the extent an answer is required, Defendant denies the allegations contained in Paragraph 12 of the Complaint

and further states that the allegations contained in Paragraph 12 of the Complaint conflict with the allegations contained in Paragraph 6 of the Complaint.

13. Defendant lacks sufficient information to form a belief as to the truth of, and therefore denies, the allegations contained in Paragraph 13 of the Complaint.

14. Defendant lacks sufficient information to form a belief as to the truth of, and therefore denies, the allegations contained in Paragraph 14 of the Complaint, but notes that the allegations refer to a female plaintiff, not present in this case.

15. The allegations contained in Paragraph 15 of the Complaint are conclusions of law or mixed conclusions of law and fact to which no answer is required. To the extent an answer is required, Defendant denies the allegations contained in Paragraph 15 of the Complaint.

16. Defendant lacks sufficient information to form a belief as to the truth of, and therefore denies, the allegations contained in Paragraph 16 of the Complaint.

17. Defendant lacks sufficient information to form a belief as to the truth of, and therefore denies, the allegations contained in Paragraph 17 of the Complaint.

18. The allegations contained in Paragraph 18 of the Complaint are conclusions of law or mixed conclusions of law and fact to which no answer is required. To the extent an answer is required, Defendant denies the allegations contained in Paragraph 18 of the Complaint.

19. The allegations contained in Paragraph 19 of the Complaint are conclusions of law or mixed conclusions of law and fact to which no answer is required. To the extent an answer is required, Defendant denies the allegations contained in Paragraph 19 of the Complaint and notes that the allegations refer to a female plaintiff, not present in this case.

20. The allegations contained in Paragraph 20 of the Complaint are conclusions of law or mixed conclusions of law and fact to which no answer is required. To the extent an answer is required, Defendant denies the allegations contained in Paragraph 20 of the Complaint and states that as plead, the allegations make little sense, and further states that the Plan cannot be liable for any alleged failure to produce documents.

21. Defendant lacks sufficient information to form a belief as to the truth of, and therefore denies, the allegations contained in Paragraph 21 of the Complaint.

### Requested Relief

Defendant repeats and incorporates herein as if fully set forth at length its responses to the allegations contained in Paragraphs 1 through 21 of the Complaint.

22. The allegations contained in Paragraph 22 of the Complaint are conclusions of law or mixed conclusions of law and fact to which no answer is required. To the extent an answer is required, Defendant denies the allegations contained in Paragraph 22 of the Complaint and further states that the allegations refer to a female plaintiff, not present in this case.

23. The allegations contained in Paragraph 22 of the Complaint are conclusions of law or mixed conclusions of law and fact to which no answer is required. To the extent an answer is required, Defendant denies the allegations contained in Paragraph 22 of the Complaint.

24. The allegations contained in Paragraph 24 of the Complaint are conclusions of law or mixed conclusions of law and fact to which no answer is required. To the extent an answer is required, Defendant denies the allegations contained in Paragraph 24 of the Complaint.

25. The allegations contained in Paragraph 25 of the Complaint are conclusions of law or mixed conclusions of law and fact to which no answer is required. To the extent an answer is required, Defendant denies the allegations contained in Paragraph 25 of the Complaint.

Defendant denies that Plaintiff is entitled to the relief requested in Paragraphs 22 through 25 of his Complaint and denies that he is entitled to any relief whatsoever.

### AFFIRMATIVE DEFENSES

### FIRST DEFENSE

The complaint fails to state claims upon which relief can be granted.

### SECOND DEFENSE

Claims in Plaintiff's Complaint may be barred by a failure timely to exhaust administrative remedies and procedures.

### THIRD DEFENSE

All or some of the claims in the complaint are barred by the applicable statute of limitations.

### FOURTH DEFENSE

Plaintiff lacks standing to assert some or all of the claims in the complaint.

### FIFTH DEFENSE

Plaintiff has waived, implicitly or explicitly, any and all claims for relief against Defendant, or consented to Defendant's conduct. Therefore, to the extent that the Plaintiff has suffered any harm, which is expressly denied, the Plaintiff is precluded from recovering against Defendant for any such harm.

### SIXTH DEFENSE

Plaintiff is estopped from raising some or all of the claims in the complaint.

### SEVENTH DEFENSE

All or a portion of Plaintiff's claims are barred by the doctrine of laches.

### EIGHTH DEFENSE

Plaintiff is not entitled to a trial by jury for some or all of his claims.

### NINTH DEFENSE

The complaint fails to state a claim under 29 USC §1132(a)(3), because it does not seek appropriate equitable relief.

### TENTH DEFENSE

The complaint fails to state a claim against the Plan for penalties under 29 CFR § 2560.502-1(g) or any other provision of ERISA or the regulations thereunder, because the Plan cannot be liable for such penalties.

### ELEVENTH DEFENSE

Defendant reserves the right to add or delete defenses or counterclaims as additional investigation, discovery or circumstances may warrant.

WHEREFORE, Defendant prays that:

1. Plaintiff's Complaint be dismissed with prejudice in its entirety and that judgment be entered in Defendant's favor.

2. Plaintiff take nothing by his Complaint.

3. The Court deny Plaintiff's requested relief.

4. The Court award Defendant its costs and attorneys' fees.

5. The Court award Defendant such further relief as it deems just and proper.

Respectfully submitted,

STANLEY ASSOCIATES, INC.
LONG TERM DISABILITY PLAN

/s/ Raymond C. Baldwin
Raymond C. Baldwin #461514
Anne Bolling # 416103

Attorneys for Defendant

SEYFARTH SHAW LLP
815 Connecticut Avenue, N.W.
Suite 500
Washington, D.C. 20006-4004
(202) 463-2400

Date: December 19, 2007

## CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing Answer to Plaintiff's Complaint was served electronically, and by first-class U.S. mail, postage prepaid, this 19th Day of November, 2007, upon:

>Scott Elkind, Esq.
>801 Roeder Road
>Suite 550
>Silver Spring, Maryland 20910
>
>Attorney for Plaintiff

And by First Class, U.S. Mail, postage prepaid on:

>Joshua Bachrach
>Rawle & Henderson
>One South Penn Square
>Philadelphia PA 19107
>
>Attorney for Reliance Standard Life Insurance Company

>_/s/ Raymond C. Baldwin_
>Raymond Baldwin

DC1 30214507.1