IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARTIN TUCKER, :
:
    Plaintiff, :
:
v. : Civil Action No.: 07-CV-1574-HHK
:
RELIANCE STANDARD LIFE :
INSURANCE COMPANY, :
:
and :
:
STANLEY ASSOCIATES, INC. LONG :
TERM DISABILITY PLAN, :
:
    Defendants.

JOINT MEET AND CONFER STATEMENT

Come now the parties, by and through their respective counsel, and present this Joint Meet and Confer Statement, pursuant to LCvR 16.3.

Summary Statement of Case

This matter involves the determination of a claimant's entitlement to long term disability benefits pursuant to a summary plan operating under ERISA. The parties are in agreement that this Court has jurisdiction pursuant to 28 U.S.C. § 1331 (federal question) and 29 U.S.C. § 1132(e) (ERISA jurisdiction).

I.    Case Tracking.

The parties agree that this matter may be placed on the standard track for disposition. A proposed briefing schedule for cross-motion summary judgment briefing is set forth below. (*See*

*infra* Section VI.)

II.   Factual and Legal Issues.

The issues to be decided are the standard of review to be applied, whether the insurer was correct in its denial of disability benefits under the appropriate standard of review, and whether the administrator and/or insurer is responsible for penalties for an alleged failure to produce relevant documents.

III.   Magistrate Judge.

There is not unanimous consent to proceed before a Magistrate Judge.

IV.   Settlement.

Settlement discussions have been undertaken and all parties have consented to and have arranged for private mediation to be held on 2/21/08.

V.   ADR.

The case would benefit from ADR.  All parties have consented to and have arranged for private mediation to be held on 2/21/08.

VI.   Dispositive Motions.

This matter can be resolved by dispositive motion.  The parties have consented to cross-motion summary judgment briefing following the discovery period in accordance with the following schedule:

    a.   Defendants' motions for summary judgment due fifteen (15) days after the close of discovery.

    b.   Plaintiff's opposition and cross-motion for summary judgment due fifteen (15) days after defendants' motions are filed.

    c.   Defendants' opposition and reply briefs due ten (10) days after plaintiff's opposition and cross-motion for summary judgment is filed.

    d.    Plaintiff's reply brief due ten (10) days after defendants' opposition and reply briefs are filed.

VII.    <u>Initial Disclosures</u>.

The parties agree to make any Rule 26(a)(1) initial disclosures seven days after the conclusion of the mediation scheduled for 2/21/08.

VIII.    <u>Discovery</u>.

Discovery will not be necessary prior to the mediation scheduled for 2/21/08. If the mediation does not resolve the case, then discovery may be pursued after the conclusion of the mediation. Discovery with respect to the benefit claim is not necessary as the claim should be litigated pursuant to the confines of the claim file. Discovery with respect to any other issue will be completed within 120 days from the date of the initial scheduling conference as set forth in the standard (track two) case tracking schedule.

IX.    <u>Experts</u>.

There are no expert witnesses.

X.    <u>Class Actions</u>.

This provision is not applicable.

XI.    <u>Trial/Discovery</u>.

There is no need for a bifurcated trial. Discovery should be managed as set forth above in Sections VII – VIII.

XII.    <u>Pretrial Conference</u>.

No pretrial conference is necessary.

Respectfully submitted by:

| | |
|---|---|
|     /s/                    |     /s/                    |
| Scott B. Elkind | Michael P. Cunningham |
| Bar No. 43881 | Bar No. 471832 |
| | |
| Elkind & Shea | Funk & Bolton, P.A. |
| 801 Roeder Road, Suite 550 | 36 South Charles Street, Twelfth Floor |
| Silver Spring, Maryland  20910 | Baltimore, Maryland  21201-3111 |
| 301.495.6665 (telephone) | 410.659.7700 (telephone) |
| 301.565.5111 (facsimile) | 410.659.7773 (facsimile) |
| | |
| Counsel for Plaintiff, Martin Tucker | Counsel for Defendant, Reliance Standard Life Insurance Company |

    /s/                   
Raymond C. Baldwin
Bar No. 461514

Seyfarth Shaw LLP
815 Connecticut Avenue N.W., Suite 500
Washington, D.C.  20006-4004
202.463.2400 (telephone)
202.828.5393 (facsimile)

Counsel for Defendant, Stanley Associates, Inc.
Long Term Disability Plan

12004.002:111635