IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARTIN TUCKER | : |
| | : |
|    Plaintiff, | : |
| | : |
| v. | : Civil Action No: 07-CV01574-HHK |
| | : |
| RELIANCE STANDARD LIFE | : |
| INSURANCE COMPANY | : |
| | : |
| and | : |
| | : |
| STANLEY ASSOCIATES, INC. LONG TERM | : |
| DISABILITY PLAN, | : |
| | : |
|    Defendants. | : |

**JOINT MOTION FOR CONTINUANCE OF STATUS CONFERENCE**

The respective parties move this Court to continue the status conference set for 3/20/08 in this matter, and in doing, state the following:

1.  A mediation was held in this matter on 2/21/08 which resulted in a settlement.

2.  The settlement agreement has been signed by the Plaintiff.

3.  Countersignature by Defendant Reliance Standard and payment of the settlement is expected in the upcoming week.

4.  Following payment of the settlement, this matter will be dismissed.

Respectfully submitted,

_____/s/_____
Scott B. Elkind, Bar 43881
Elkind & Shea
801 Roeder Rd., Ste. 550
Silver Spring, MD 20910
P: (301) 495-6665
F: (301) 565-5111
Attorney for Plaintiff

_____/s/_____
Michael P. Cunningham
Funk & Bolton, P.A.
36 S. Charles St., 12th Floor
Baltimore, MD 21201
P: (410) 659-4979
F: (410) 659-7773
Attorney for Defendants