IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARTIN TUCKER | : |
| | : |
|     Plaintiff, | : |
| | : |
| v. | : Civil Action No: 07-CV01574-HHK |
| | : |
| RELIANCE STANDARD LIFE INSURANCE COMPANY | : |
| | : |
| and | : |
| | : |
| STANLEY ASSOCIATES, INC. LONG TERM DISABILITY PLAN, | : |
| | : |
|     Defendants. | : |

**NOTICE OF DISMISSAL**

This matter having been settled is hereby dismissed with prejudice.

                                      Respectfully submitted,

                                      _____/s/_____
                                      Scott B. Elkind, Bar 43881
                                      Elkind & Shea
                                      801 Roeder Rd., Ste. 550
                                      Silver Spring, MD 20910
                                      P: (301) 495-6665
                                      F: (301) 565-5111
                                      Attorney for Plaintiff